

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2014

No. 04-14-00500-CR

Edward **ROMERO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3128
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

On August 11, 2014, court reporter Debra Doolittle filed her second notice of late record contending the appellant is not entitled to appeal without paying the fee. On August 21, 2014, the trial court made a finding that the appellant was indigent and appointed counsel. On September 2, 2014, Ms. Doolittle was notified by the clerk of this court that appellant was determined to be indigent and appointed counsel. The reporter's record is due to be filed no later than September 26, 2014. *Absent extenuation circumstances, no further extensions will be granted*.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court